FILED
2017 Dec-13 PM 02:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **PROGRESSIVE DIRECT INSURANCE COMPANY, INC.,** *a/s/o Katelyn M. Avila and Antonio Buchanan Avila*, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No.: 4:17-CV-1110-VEH ) |
| **SHARON MAULDIN HARRIS and UNITED STATES POSTAL SERVICE,** | ) ) ) ) |
| Defendants. | ) |

## ORDER

In conjunction with this Court's contemporaneously entered Memorandum Opinion, this case is hereby **DISMISSED WITHOUT PREJUDICE** *sua sponte* due to Progressive's failure to prosecute.

**DONE** and **ORDERED** this 13th day of December, 2017.

**VIRGINIA EMERSON HOPKINS**
United States District Judge